■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX RUDD, Appellant. [874 NYS2d 856]—Judgment of resentence, Supreme Court, Bronx County (Joseph Fisch, J.), rendered on or about October 11, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Sweeny, McGuire and DeGrasse, JJ.